IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ZYRELL HORTON, # 253522, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:18-cv-886-WHA-CSC |
| PATRICIA HOOD, *et al.*, | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**ORDER**

On September 27, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 36. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 36) is ADOPTED.

2. The petition for writ habeas corpus is DENIED and the case is DISMISSED with prejudice.

A separate judgment will be entered.

DONE this 21st day of October, 2021.

        /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATE DISTRICT JUDGE